UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   **CR 20-203-JFW**                                        Dated: June 26, 2020
================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Veronica Dragalin |
| Courtroom Deputy | Court Reporter | Mack Eric Jenkins |
| | | Asst. U.S. Attorney |
| | Interpreter: None | present |

================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1)   George Chiang                           1)   Stanley L Friedman
     present on bond                              present - retained

**PROCEEDINGS (VTC):    GUILTY PLEA AND SETTING OF SENTENCING DATE**

Case called and counsel make their appearance. Defendant is sworn.

Court makes findings required under the Care Act. Order on Consent to Video filed June 24, 2020.

Plea agreement filed on May 13, 2020 is incorporated and made part of the proceeding. Waiver of Indictment filed on June 17, 2020.

The defendant enters a plea of Guilty to the Single-Count Information filed on May 13, 2020.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, George Chiang, has entered his plea freely and voluntarily, with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **February 22, 2021 at 8:00 a.m., for sentencing**.

CC:    USPO/PSA; USM

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.*