TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647
    Facsimile: (213) 894-6436
    E-mail:   mack.jenkins@usdoj.gov
              veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE CHIANG, <br><br> Defendant. | No. CR 20-203-JFW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING <br><br> **CURRENT SENTENCING DATE:** <br>    09/13/2021 at 8:00 a.m. <br><br> **PROPOSED SENTENCING DATE:** <br>    09/12/2022 at 8:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant GEORGE CHIANG, both individually and by and through his counsel of record, hereby stipulate as follows:

    1.   On June 26, 2020, defendant CHIANG appeared at a change of plea hearing and pleaded guilty to Count One of the Information,

1  pursuant to a cooperation plea agreement in which defendant CHIANG
2  agreed to testify at future hearings or trials as requested by the
3  government.  The Court accepted defendant CHIANG's guilty plea and
4  set the sentencing hearing for February 22, 2021 at 8:00 a.m.
5      2.   On July 30, 2020, the grand jury returned an indictment in
6  <u>United States v. Jose Huizar</u>, Case Number 2:20-MJ-326-JFW, charging
7  Huizar with 34 counts for violations involving various bribery
8  schemes.
9      3.   On November 12, 2020, the grand jury returned a first
10 superseding indictment in <u>United States v. Huizar, et al.</u>, Case
11 Number 2:20-CR-326(A)-JFW, charging six defendants in 41 counts for
12 violations involving various bribery schemes.  On May 13, 2021, trial
13 in the <u>Huizar, et al.</u> case was scheduled to begin on May 24, 2022,
14 and the government's case-in-chief is estimated to last approximately
15 25-30 trial days.  The government expects to call defendant CHIANG to
16 testify at this trial.
17     4.   Therefore, in the interest of justice, the parties request
18 to continue the sentencing hearing to allow defendant CHIANG to
19 testify at trial, if required, before the sentencing hearing.  By so
20 doing, this will provide the Court the full vantage of defendant
21 CHIANG's cooperation at sentencing and provide defendant CHIANG the
22 opportunity to obtain the full benefit of his cooperation.
23     5.   Given the complexity and magnitude of the case and trial
24 currently scheduled to commence on May 22, 2024, the parties request
25 a continuance of the sentencing hearing.
26 //
27 //
28 //

6. The parties respectfully request that the sentencing hearing be continued from September 13, 2021 at 8:00 a.m. to September 12, 2022 at 8:00 a.m.

IT IS SO STIPULATED.

Dated: June 11, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Veronica Dragalin*
MACK E. JENKINS
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 11, 2021

*/s/ Stanley L. Friedman*
STANLEY L. FRIEDMAN
Attorney for Defendant
GEORGE CHIANG